UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ROBERT SHINE,                        )
                                     )
            Plaintiff,               )
        vs.                          ) NO. 1:11-cv-00723-WTL-MJD
                                     )
ZALE CORPORATION,                    )
                                     )
            Defendant.               )

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed and considered the Magistrate Judge's Report and Recommendation [Docket No. 41] regarding the Defendant's Motion for Attorneys Fees and Costs. No objections to the Report and Recommendation have been filed, and the time for filing such objections has expired.

The Court, having given consideration to the issue presented pursuant to Title 28 U.S.C. § 636(b)(1), and being duly advised in the premises, finds that the Magistrate Judge's Report and Recommendation is well reasoned and supported by the facts, as well as the law. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation in full and incorporates it by reference herein.

Accordingly, Defendant's Motion For Attorneys Fees and Costs [Docket No. 36] is GRANTED.

IT IS SO ORDERED.

Dated: 02/24/2012          _William T. Lawrence_

                           Hon. William T. Lawrence, Judge
                           United States District Court
                           Southern District of Indiana

Distribution List:


Brett Edward Buhl
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
brett.buhl@odnss.com

Diamond Z. Hirschauer
THE LAW OFFICES OF DIAMOND Z. HIRSCHAUER, P.C.
DZHirschauer@dzhlaw.com

Robert F. Seidler
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
rob.seidler@ogletreedeakins.com