```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION
```

ROBERT SHINE,                    )
                                 )
        Plaintiff,           )
    vs.                          ) NO. 1:11-cv-00723-WTL-MJD
                                 )
ZALE CORPORATION,                )
                                 )
        Defendant.           )

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed and considered the Magistrate Judge's Report and Recommendation [Docket No. 41] regarding the Defendant's Motion for Attorneys Fees and Costs. No objections to the Report and Recommendation have been filed, and the time for filing such objections has expired.

The Court, having given consideration to the issue presented pursuant to Title 28 U.S.C. § 636(b)(1), and being duly advised in the premises, finds that the Magistrate Judge's Report and Recommendation is well reasoned and supported by the facts, as well as the law. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation in full and incorporates it by reference herein.

Accordingly, Defendant's Motion For Attorneys Fees and Costs [Docket No. 36] is GRANTED.

    IT IS SO ORDERED.

    Dated: 02/24/2012                       _____

                                                   Hon. William T. Lawrence, Judge
                                                   United States District Court
                                                   Southern District of Indiana

Distribution List:

Brett Edward Buhl
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
brett.buhl@odnss.com

Diamond Z. Hirschauer
THE LAW OFFICES OF DIAMOND Z. HIRSCHAUER, P.C.
DZHirschauer@dzhlaw.com

Robert F. Seidler
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
rob.seidler@ogletreedeakins.com